IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **IVAN GARCIA** | § |
| | § |
| *Plaintiff,* | § |
| | § |
| **v.** | § |
| | §   **CIVIL ACTION NO. 3:22-cv-234** |
| | §   **JURY DEMANDED** |
| | § |
| **CNH INDUSTRIAL AMERICA LLC** | § |
| *Defendants*. | § |

## DEFENDANT CNH INDUSTRIAL AMERICA LLC'S
## NOTICE OF REMOVAL

CNH Industrial America LLC (hereinafter "Defendant" or "CNH Industrial") removes the above-captioned case, in accordance with 28 U.S.C. §§ 1332, 1441, and 1446, from the 384th District Court for El Paso County, Texas to the United States District Court for the Western District of Texas, El Paso Division. Defendant would respectfully show this Court as follows:

### I.
### GROUNDS FOR REMOVAL

1. Federal Jurisdiction exists over this lawsuit because it involves parties with diverse citizenship and the amount in controversy exceeds $75,000. The parties in this case, proper or improper, have complete diversity of citizenship and removal is proper.

### II.
### BACKGROUND

2. This is a poorly pled product liability and negligence claim arising out of an alleged incident involving Plaintiff and a Case Front-end loader that occurred on an unknown date at an unknown location, in which diversity jurisdiction exists. *See* Plaintiff's Original Petition, attached hereto as Exhibit A. Plaintiff, an individual, claims that he was injured by a

Case Front-end loader allegedly manufactured by CNH Industrial. *Id.* Plaintiff alleges that due to the Case Front-end loader not having "a reverse signal alarm distinguishable from the surrounding noise level" that he sustained significant injuries including an abdominal injury and a fractured hip. *Id.* Plaintiff appears to claim that CNH Industrial is liable under theories of strict product liability, negligence, and gross negligence (which is not a cause of action). *Id.*

3.     Plaintiff is a citizen of Texas. *Id.* Defendant CNH Industrial is a privately held Delaware limited liability company, whose sole member is Case New Holland Industrial, Inc. Case New Holland Industrial, Inc. is a Delaware corporation and a wholly owned subsidiary of CNH Industrial N.V. which is a Netherlands public limited liability company with its principal office in the United Kingdom.

### III.
### PROCEDURAL HISTORY

4.     On July 16, 2020, Plaintiff filed suit against CNH Industrial in Cause Number 2020DCV227; *Ivan Garcia v. CNH Industrial America LLC*; in the 384th Judicial District Court of El Paso County, Texas. *Id.* CNH Industrial filed its Original Answer on July 5, 2022.[1]

### IV.
### REMOVAL IS TIMELY

5.     This notice of removal is timely pursuant to 28 U.S.C. § 1446 (b) because it is filed within thirty (30) days of June 9, 2022,[2] the date CNH Industrial was served with a summons and copy of the Original Petition.

---

[1] *See* Defendant CNH Industrial America LLC's Special Exceptions and Original Answer, attached hereto as Exhibit C.
[2] Plaintiff has not filed a Return of Service in the respective State Court. However, CNH Industrial's registered agent for service of process received the citation and a copy of Plaintiff's Original Petition on June 9, 2022. *See* Proof of Service on CNH Industrial America LLC, attached hereto as Exhibit B.

## V.
### DIVERSITY JURISDICTION EXISTS FOR REMOVAL

6. Federal removal jurisdiction exists in this case because the parties, Plaintiff and Defendant, are diverse. 28 U.S.C. §§ 1441(a), 1332. Plaintiff is a citizen Texas. *Id.* Defendant CNH Industrial is a privately held Delaware limited liability company, whose sole member is Case New Holland Industrial, Inc. Case New Holland Industrial, Inc. is a Delaware corporation and a wholly owned subsidiary of CNH Industrial N.V. which is a Netherlands public limited liability company with its principal office in the United Kingdom.

7. There is no question that the amount in controversy requirement is satisfied. Plaintiff alleges that he seeks monetary relief over $1,000,000.[3] Because the Plaintiff and Defendant are completely diverse and because the amount in controversy exceeds $75,000, complete diversity exists and this Court has removal jurisdiction. 28 U.S.C. §§ 1332, 1441.

## VI.
### PROCEDURAL REQUIREMENT FOR REMOVAL

8. Venue for this removal is proper under 28 U.S.C. § 1441(a) because this Court is a United States District Court for the district and division corresponding to the place where the state court action was pending – El Paso County.

9. Simultaneously with the filing of this Notice of Removal, a copy of this Notice of Removal has been served on all parties and forwarded for filing with the Clerk of the District Court of El Paso County, Texas, Cause Number 2020DCV227; *Ivan Garcia v. CNH Industrial America LLC*; in the District Court of El Paso County, Texas, 384th Judicial District Court in accordance with 28 U.S.C. § 1446(d).

---

[3] *See* Plaintiff's Original Petition, at ¶ 6(a), attached hereto as Exhibit A.

## VII.
### CONSENT TO REMOVAL

10. Because CNH Industrial is the only Defendant, the filing of this Notice is sufficient consent to removal.

## VIII.
### PAPERS FROM THE REMOVED ACTION

11. Pursuant to 28 U.S.C. § 1446(a), the following documents are attached to this Notice of Removal:

| | |
|---|---|
| Exhibit A: | Plaintiff's Original Petition |
| Exhibit B: | Proof of Service on CNH Industrial America LLC |
| Exhibit C: | Defendant CNH Industrial America LLC's Special Exceptions and Original Answer to Plaintiff's Original Petition |
| Exhibit D: | State Court Docket Sheet |
| Exhibit E: | Index of Matters Being Filed |
| Exhibit F: | List of All Counsel of Record |
| Exhibit G: | Civil Cover Sheet |
| Exhibit H: | Supplemental Civil Cover Sheet |

12. Defendant reserves the right to amend or supplement this Notice of Removal.

## IX.
### JURY DEMAND

13. Plaintiff made a jury demand in the state court action. Defendant hereby requests a trial by jury.

## X.
### CONCLUSION

14. This state court action may be removed to this Court by CNH Industrial in accordance with provisions of 28 U.S.C. § 1441(a) because (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Western District of Texas, El Paso Division; (2) this action is between citizens of different states; and (3) the amount in controversy exceeds $75,000, exclusive of interests and costs.

WHEREFORE, PREMISES CONSIDERED, Defendant prays for removal of the above entitled and numbered cause from the 384th Judicial District Court of El Paso County, Texas to this Honorable Court.

**DATED: July 8, 2022.**   Respectfully submitted,

**JOHNSON, TRENT & TAYLOR, L.L.P.**

By: */s/ T. Christopher Trent*
    T. Christopher Trent
    Texas Bar No. 20209400
    Federal ID No. 14244
    919 Milam, Suite 1500
    Houston, Texas  77002
    Telephone - (713) 222-2323
    Facsimile - (713) 222-2226
    Email - ctrent@johnsontrent.com

**ATTORNEY FOR DEFENDANT CNH INDUSTRIAL AMERICA LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2022, a true and correct copy of the foregoing document was forwarded by electronic service to all counsel of record.

Orlando Mondragon                                    *Via Email: mondragonom@att.net;and*
1028 E. Rio Grande Ave.                                              *rs.mondragonlaw@gmail.com*
El Paso, Texas 79902

*ATTORNEY FOR PLAINTIFF*

    */s/ T. Christopher Trent*
    T. CHRISTOPHER TRENT