UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IVAN GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-22-CV-00234-FM |
| | § | |
| CNH INDUSTRIAL AMERICA LLC, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT AND DISMISSAL**

Before the court is "Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41" [ECF No. 9], filed December 27, 2022, by the parties. A plaintiff may voluntarily dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared," the effect of which is dismissal without prejudice unless the stipulation states otherwise.[1] Plaintiff moves to dismiss with prejudice.[2] Accordingly:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this **3rd** day of **January 2023.**

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

---

[1] Fed. R. Civ. P. 41(a)(1).

[2] "Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41" 1, ECF No. 9, filed Dec. 27, 2022.